# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Clemens,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael R Egeck, et al.,<br><br>　　　　　Defendants. | No. CV-24-00532-PHX-MTL<br><br>**ORDER** |

Defendant Leslie's Inc. moves to stay this action, which asserts shareholder derivative claims against the company and certain executives and directors.[*] (Doc. 19.) The Motion identifies two other cases proceeding in federal court, the first being a putative securities class action in the District of Arizona, and the second another shareholder derivative action in the District of Delaware. The Court, in its discretion, finds the arguments presented in Leslie's Motion persuasive and will grant it.

**IT IS ORDERED** granting the Unopposed Motion to Stay Derivative Litigation (Doc. 19), with modifications to the Parties' proposed order.

**IT IS FURTHER ORDERED:**

1. Counsel for all Individual Defendants hereby agrees to accept service of the Complaint filed in the Derivative Litigation on behalf of the Individual Defendants.

2. The Derivative Litigation is stayed.

---

[*] The terms "Derivative Litigation," "Defendants," "Individual Defendants," and "Securities Litigation" shall have the same meaning herein as they are defined in Leslie's Motion (Doc. 19).

3. Defendants shall promptly notify Plaintiff upon becoming aware of any additional derivative actions related to the allegations of the Derivative Action ("Related Derivative Action").

4. If any Related Derivative Action is not stayed under similar terms, Plaintiff may move the Court to lift the agreed stay upon ten (10) days' notice in writing to Counsel for Defendants via email.

5. Notwithstanding this stay of this Derivative Litigation, Plaintiff may file an Amended Complaint; however, Defendants need not answer or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

6. Upon occurrence of any of (1) exhaustion of all appeals related to the Securities Litigation; (2) the motion to dismiss the Securities Litigation is denied; or (3) either of the Parties to this stay has given a ten (10) day notice that they no longer consent to the stay of the Derivative Litigation, then within seven (7) days of the occurrence of any such event or the expiration of the 10-day notice period, counsel for the Parties shall meet and confer and jointly submit a proposed schedule for the filing of an amended complaint, if any, and Defendants' response thereto, and all associated briefing. Defendants are not otherwise required to move, answer, or otherwise respond to any complaint.

7. The Parties are not waiving any rights, claims, or defenses of any kind, and no part of Leslie's Motion to Stay Derivative Litigation shall be construed as a waiver of any rights, claims, or defenses.

8. Except as otherwise ordered by the Court, all deadlines and hearings will be postponed until after the stay is lifted.

Dated this 3rd day of June, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge